UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HCS REAL ESTATE, LLC | § | |
| | § | |
| VS. | § | ACTION NO. 4:22-CV-866-Y |
| | § | |
| NATIONWIDE INSURANCE COMPANY | § | |
| C/O DEPOSITORS INSURANCE | § | |
| COMPANY | § | |

## ORDER GRANTING MOTION TO WITHDRAW PRIOR MOTION

Before the Court is Plaintiff's unopposed motion to withdraw its prior motion to abate. (doc. 21). After reviewing the motion and the applicable law, the Court concludes that the motion should be, and it is hereby, **GRANTED**. Accordingly, Plaintiff's motion to abate (doc. 15) is rendered **MOOT**.

SIGNED December 21, 2022.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE