```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
                         FORT WORTH DIVISION

HCS REAL ESTATE LLC              §
                                 §
VS.                              §   CIVIL ACTION NO. 4:22-CV-866-Y
                                 §
NATIONWIDE INSURANCE             §
COMPANY CO/DEPOSITORS            §
INSURANCE COMPANY                §
```

## ORDER TO FILE DISMISSAL DOCUMENTS

The Court has been informed by the defendant that the above-styled and -numbered cause of action has settled. Accordingly, all deadlines are STAYED until further order of the Court. The parties are directed to file an agreed motion to dismiss or stipulation of dismissal due to settlement no later than July 18, 2023.

SIGNED June 20, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE